# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES SMITH, *et al.*, | |
| Plaintiffs, | Case No.: 17-cv-14146 |
| v. | Honorable Laurie J. Michelson |
| GENERAL MOTORS COMPANY, LLC, | Magistrate Judge David R. Grand |
| Defendant. | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Orders dated February 11, 2019 (ECF No. 43) and April 17, 2019 (ECF No. 51), as well as Plaintiff's April 24, 2019 Notice of Voluntary Dismissal (ECF No. 54),

**IT IS** on this 7th day of May, 2019, **ADJUDGED** that **JUDGMENT** is hereby entered in favor of Defendant; and it is further **ORDERED** that Plaintiffs' Second Amended Class Action Complaint (ECF No. 45) is hereby **DISMISSED WITH PREJUDICE**; and it is further **ORDERED** that the Clerk of the Court shall mark this matter **CLOSED**.

Date: May 7, 2019            s/Laurie J. Michelson
                             United States District Judge